USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YURI PEREZ FARIAS,

        Plaintiff,

-against-

RAINBOW CLEANING SERVICE, LLC, et al.,

        Defendants.

23-CV-3751 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff filed a complaint in this action in the Eastern District of New York on April 12, 2023 (Dkt. 1), and served defendant Rainbow Cleaning Service, LLC (Rainbow) on April 21, 2023 "at the office of the Secretary of State of the State of New York located at 99 Washington Avenue, Albany, NY 12210." (Dkt. 9.) On May 4, 2023, this case was transferred to this Court. (Dkt. 13.)

    Defendant Rainbow's answer was due May 12, 2023. However, Rainbow has not appeared, and no answer has been filed. Nor has plaintiff requested a certificate of default.

    As to individual defendants Andrii Gurskyi and Irina Shebshenko, there is no proof on the docket that they were ever served with process, and the time allowed by Rule 4(m) has now run. *See* Fed. R. Civ. P. 4(l)(1), (m).

    It is hereby ORDERED that, if defendant Rainbow has not answered or otherwise responded to the complaint before **September 27, 2023**, plaintiff shall, on that date, either file a stipulation granting defendant additional time or apply for a certificate of default. It is further ORDERED that, no later than **September 27, 2023**, plaintiff shall file proof of service of the summons and complaint on defendants Andrii Gurskyi and Irina Shebshenko, or show good cause

2

for an extension of time within which to do so. <u>Failure to do so will result in the dismissal of the action against these defendants.</u> *See* Fed. R. Civ. P. 4(m).

Dated: New York, New York
       September 13, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**