UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Perez Farias

                **Plaintiff(s),**

- against -

Rainbow Cleaning Service, LLC et al

                **Defendant(s),**
-------------------------------------------------------------X

23 Civ. 03751 (PAE)

**CLERK'S CERTIFICATE OF DEFAULT**

      **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on 04/12/2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Rainbow Cleaning Service, LLC by personally serving Amy Lesch, and proof of service was therefore filed on 04/25/2023, Doc. #(s) 9.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

      November 01, 20 23

                                              RUBY J. KRAJICK
                                               Clerk of Court

                                      By: _____
                                                 Deputy Clerk