```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/2/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YURI PEREZ FARIAS,

        Plaintiff,

-against-

RAINBOW CLEANING SERVICE, LLC, et al.,

        Defendants.

23-CV-3751 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On October 24, 2023, in connection with plaintiff's letter-motion for leave to serve individual defendants Andrii Gurskyi and Irina Sheshenko (the Individual Defendants) by alternative methods (Letter) (Dkt. 26), the Court directed plaintiff to provide "admissible evidence," no later than November 1, 2023, demonstrating:

1. Her "diligent, but unsuccessful, attempts to serve the Individual Defendants," Letter at 3, including her attempts to serve them at 453 West 47th Street, 86A East Avenue, and either 445 or 455 Park Avenue;

2. The basis for attempting service at 86A East Avenue; and

3. The basis for plaintiff's belief that service by the alternative methods proposed in her Letter would provide "notice reasonably calculated, under all the circumstances," to apprise both individual defendants of the pendency of the action. *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950).

(Dkt. 27.)

No such evidence has been submitted. Nor has plaintiff sought an extension of time within which to do so. The Court, *sua sponte*, extends plaintiff's time to comply with its October 24, 2023 Order to **Monday, November 6, 2023**. Should plaintiff fail to comply with this Order, her claims against the Individual Defendants may be dismissed without further notice.

Dated: New York, New York
       November 2, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**