UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YURI PEREZ FARIAS,

        Plaintiff,

-against-

RAINBOW CLEANING SERVICE, LLC, et al.,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2023
```

23-CV-3751 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff has sought leave to serve individual defendants Andrii Gurskyi and Irina Sheshenko (the Individual Defendants) by alternative methods (Dkt. 26), and has supplied admissible evidence demonstrating her diligent but unsuccessful prior attempts at service and the bases for her belief that service by the alternative methods she proposes would provide "notice reasonably calculated, under all the circumstances," to apprise both individual defendants of the pendency of the action, as required by *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950). (Dkt. 32.) Consequently, it is hereby ORDERED, pursuant to Fed. R. Civ. P. 4(e)(1) and N.Y.C.P.L.R. § 308(5), that plaintiff shall serve the Summons and Complaint upon the Individual Defendants as follows:

1.     By iMessage, to (347) 304-1301;

2.     by WhatsApp, to (347) 304-1301; and

3.     By email, to support@rainbow-nyc.com; followed by

4.     Phone calls to (347) 304-1301 and 888-618-2165, to confirm receipt of the iMessages, WhatsApp messages and Emails. This process shall be repeated once a week for three (3) consecutive weeks or until acknowledged by the Individual Defendants.

    It is further ORDERED, pursuant to Fed. R. Civ. P. 4(m), that the time within which plaintiff must serve the Individual Defendants is EXTENDED to **December 20, 2023**. Proof of service must be made to the Court by affidavit. *See* Fed. R. Civ. P. 4(l)(1).

Dated: New York, New York
       November 17, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**