**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Yuri Perez Farias, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                           *Plaintiff*,

- against -

Rainbow Cleaning Service, LLC, Andrii Gurskyi, and Irina Shebshenko,

                           *Defendants*.
-----------------------------------------------------------------X

Case No.: 1:23-cv-03751-PAE

**AFFIRMATION OF SERVICE**

      JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury that on November 20, 2023, I have served a true and correct copy of the April 12, 2023 Complaint and October 13, 2023 Amended Summons, by iMessage, to (347) 304-1301; by WhatsApp, to (347) 304-1301; and by email, to support@rainbow-nyc.com; followed by phone calls to (347) 304-1301 and 888-618-2165, as directed by November 17, 2023 Order entered by the Honorable Magistrate Judge Barbara C. Moses.

Dated: New York, New York
       November 20, 2023

                                                            By:    /s/ Jason Mizrahi, Esq.
                                                                             Jason Mizrahi, Esq.
                                                                               Levin Epstein & Associates, P.C.
                                                                               60 East 42nd Street, Suite 4700
                                                                               New York, NY 10165
                                                                               Tel. No.: (212) 792-0048
                                                                               Email: Jason@levinepstein.com
                                                                               *Attorneys for Plaintiff*