UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Yuri Perez Farias, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                      *Plaintiff*,

       *- against -*

Rainbow Cleaning Service, LLC, Andrii Gurskyi,
and Irina Shebshenko,

                      *Defendants*.
-----------------------------------------------------------------X

Case No.: 1:23-cv-03751-PAE

**AFFIRMATION OF SERVICE**

      JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury that on December 20, 2023 I have served a true and correct copy of the April 12, 2023 Complaint and October 13, 2023 Amended Summons, by iMessage, to (347) 304-1301; by WhatsApp, to (347) 304-1301; and by email, to support@rainbow-nyc.com; followed by phone calls to (347) 304-1301 and 888-618-2165, when service was subsequently acknowledged during a phone call with 888-618-2165, as directed by the November 17, 2023 Order entered by the Honorable Magistrate Judge Barbara C. Moses.

Dated: New York, New York
      December 20, 2023

                    By:    /s/ Jason Mizrahi, Esq.
                            Jason Mizrahi, Esq.
                            Levin Epstein & Associates, P.C.
                            60 East 42nd Street, Suite 4700
                            New York, NY 10165
                            Tel. No.: (212) 792-0048
                            Email: Jason@levinepstein.com
                            *Attorneys for Plaintiff*