UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YURI PEREZ FARIAS,

    Plaintiff,

-against-

RAINBOW CLEANING SERVICE, LLC, et al.,

    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/2023
```

23-CV-3751 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By Order dated November 17, 2023 (Dkt. 33), the Court granted plaintiff leave to serve individual defendants Andrii Gurskyi and Irina Sheshenko (the Individual Defendants) by alternative methods. Plaintiff was required to serve the Summons and Complaint upon the Individual Defendants, via iMessage, WhatsApp, email, and phone calls, weekly, for three consecutive weeks, and to file proof of such service via affidavit no later than December 20, 2023. (*Id.*)

    On December 20, 2023, plaintiff's counsel filed an affidavit stating that "[o]n December 20, 2023," he made efforts to contact the Individual Defendants, according to the foregoing methods, and that " service was . . . acknowledged during a phone call with 888-618-2165." (Dkt. 36.) It is impossible to discern from this vague statement who may have acknowledged service from that phone number, and whether that person was either one (or both) of the Individual Defendants, or somebody authorized to accept service on their behalf.

    Accordingly, no later than **December 29, 2023**, plaintiff shall supplement his affidavit by identifying the person(s) who acknowledged service of process during his "phone call with 888-618-2165."

Dated: New York, New York
       December 21, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**