**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Yuri Perez Farias, *on behalf of himself and others*
*similarly situated in the proposed FLSA*
*Collective Action*,

                                                 *Plaintiff*,

              - against -

Rainbow Cleaning Service, LLC, Andrii Gurskyi,
and Irina Shebshenko,

                                            *Defendants*.
-------------------------------------------------------------X

Case No.: 1:23-cv-03751-PAE

**AFFIRMATION OF SERVICE**

JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury that on December 20, 2023 I have served a true and correct copy of Plaintiff's April 12, 2023 Complaint and October 13, 2023 Amended Summons, by sending the same via: (i) iMessage; (ii) WhatsApp; and (iii) Email, addressed to the recipient(s) as indicated below and upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Relief Act."

      Andrii Gurskyi
      iMessage: (347) 304-1301
      WhatsApp: (347) 304-1301
      Email: support@rainbow-nyc.com

      Irina Shebshenko
      iMessage: (347) 304-1301
      WhatsApp: (347) 304-1301
      Email: support@rainbow-nyc.com

JASON MIZRAHI, further declares that, upon information and belief, the person who acknowledged service of process during the phone call placed with (888) 618-2165 was Irina Shebshenko.

Dated: New York, New York
December 29, 2023

By:   /s/ Jason Mizrahi, Esq.
Jason Mizrahi, Esq.
Levin Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*