UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2024
```

YURI PEREZ FARIAS,

        Plaintiff,

-against-

RAINBOW CLEANING SERVICE, LLC, et al.,

        Defendants.

23-CV-3751 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of plaintiff's counsel's supplemental affidavit dated December 29, 2023. (Dkt. 38.)

    Plaintiff's counsel having now affirmed service of the summons and complaint on individual defendants Shebshenko and Gurskyi on December 20, 2023, via the alternative methods specified in the Court's Order dated November 17, 2023 (Dkt. 33), it is hereby **ORDERED** that the individual defendants shall answer or otherwise respond to the complaint no later than **January 11, 2024** (21 days after plaintiff's counsel's phone call with Shebshenko). Should they fail to do so, no later than **January 18, 2024**, plaintiff shall either (i) file a stipulation granting them additional time to respond, or (ii) apply for certificates of default as to each of them.

    Plaintiff is **ORDERED** to serve a copy of this Order upon the individual defendants as follows:

1.    By iMessage, to (347) 304-1301;
2.    By WhatsApp, to (347) 304-1301; and
3.    By email, to support@rainbow-nyc.com.

    Proof of such service must be made to the Court by affidavit.

Dated: New York, New York
       January 2, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**