**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Yuri Perez Farias, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                              *Plaintiff*,

    - against -

Rainbow Cleaning Service, LLC, Andrii Gurskyi, and Irina Shebshenko,

                              *Defendants*.
-----------------------------------------------------------------X

Case No.: 1:23-cv-03751-PAE

**AFFIRMATION OF SERVICE**

      JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury that on January 3, 2024, I have served a true and correct copy of the January 2, 2024 Order by iMessage, to (347) 304-1301; by WhatsApp, to (347) 304-1301; and by email, to support@rainbow-nyc.com; as directed by January 2, 2024 Order entered by the Honorable Magistrate Judge Barbara C. Moses.

Dated: New York, New York
       January 3, 2024

                                                By:   /s/ Jason Mizrahi, Esq.
                                                         Jason Mizrahi, Esq.
                                                         Levin Epstein & Associates, P.C.
                                                         60 East 42nd Street, Suite 4700
                                                         New York, NY 10165
                                                         Tel. No.: (212) 792-0048
                                                         Email: Jason@levinepstein.com
                                                         *Attorneys for Plaintiff*