UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Perez Farias

      **Plaintiff(s),**

     23 Civ. 03751 (PAE)

   **- against -**

      **CLERK'S CERTIFICATE OF DEFAULT**

Rainbow Cleaning Service, LLC et al

      **Defendant(s),**
-------------------------------------------------------------X

  **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on 04/12/2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Andrii Gurskyi by personally serving Andrii Gurskyi, and proof of service was therefore filed on 12/29/2023, Doc. #(s) 38.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated: New York, New York**

  January 18, 20 24

            RUBY J. KRAJICK
            Clerk of Court

            By: _/s/ Negarin Dulal_
               Deputy Clerk