UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Perez Farias

                       **Plaintiff(s),**

       **- against -**

Rainbow Cleaning Service, LLC et al

                       **Defendant(s),**
------------------------------------------------------------X

23 Civ. 03751 (PAE)

**CLERK'S CERTIFICATE OF DEFAULT**

      **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on 04/12/2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Irina Shebshenko by personally serving Irina Shebshenko, and proof of service was therefore filed on 12/29/2023, Doc. #(s) 38.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

      January 18, 2024

                                              RUBY J. KRAJICK
                                              Clerk of Court

                                  By: _____
                                                Deputy Clerk