UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YURI PEREZ FARIAS, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

Plaintiff,

-v-

RAINBOW CLEANING SERVICE, LLC, *et al.,*

Defendants.

---

23 Civ. 3751 (PAE) (BCM)

ORDER

PAUL A. ENGELMAYER, District Judge:

Plaintiff has now secured certificates of default issued by the Clerk of Court as to all defendants in this action. Dkts. 30, 44, 45. Plaintiff is directed to file a motion for default judgment, pursuant to the Court's Individual Rules, by **February 14, 2024**. Failure to submit a timely and proper motion for default judgment may result in dismissal without prejudice of this case under Federal Rule of Civil Procedure 41.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 31, 2024
       New York, New York