# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

February 14, 2024

**_Via Electronic Filing_**
The Honorable Paul A. Engelmayer, U.S.D.J.
U.S. District Court Southern District of New York
40 Foley Square
New York, NY 10007

                              _Re_:    _Perez Farias v. Rainbow Cleaning Service, LLC et al_
                                     **Case No.: 1:23-cv-03751-PAE-BCM**

Dear Honorable Judge Engelmayer:

      This law firm is counsel to Plaintiff Yuri Perez Farias (the "Plaintiff") in the above-referenced matter.

      Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request an extension of time to file Plaintiff's Motion for Default Judgment from February 14, 2024 to, through and including, March 15, 2024.

      This is the first request of its kind. If granted, this request will not affect any other Court scheduled deadlines.

      The basis of this request is that the undersigned law firm is in the process of gathering necessary information from Plainitff in connection with the Motion for Default Judgment.

      In light of the foregoing, it is respectfully requested that the Court extend the time to file Plaintiff's Motion for Default Judgment from February 14, 2024 to, through and including, March 15, 2024

      We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

                                                             Respectfully submitted,

                                                             LEVIN-EPSTEIN & ASSOCIATES, P.C.

GRANTED. SO ORDERED.

                                                             By: _/s/ Jason Mizrahi_
_[signature]_                                                        Jason Mizrahi, Esq.
PAUL A. ENGELMAYER                      60 East 42nd Street, Suite 4700
United States District Judge                       New York, New York 10165
Dated: February 14, 2024                         Tel. No.: (212) 792-0048
       New York, New York                         Email: Jason@levinepstein.com
                                                           _Attorneys for Plaintiff_