UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YURI PEREZ FARIAS, *on behalf of herself and others similarly situated in the proposed FLSA collective action,*

Plaintiff,

-v-

RAINBOW CLEANING SERVICE, LLC, *et al.*,

Defendants.

---

23 Civ. 3751 (PAE) (BCM)

ORDER TO
SHOW CAUSE

PAUL A. ENGELMAYER, District Judge:

Plaintiff has moved for default judgment. Dkts. 49–52. Plaintiff's papers in support of her motion are in good order. If defendants wish to oppose the motion, their counsel shall enter a notice of appearance prior to July 9, 2024 and file an opposition on ECF, explaining why a default judgment is not warranted, by July 9, 2024.

Plaintiff is to serve this order, and the papers in support of plaintiff's motion for a default judgment, on defendants forthwith and file proof of this service no later than June 25, 2024.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: June 18, 2024
       New York, New York

1