UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YURI PEREZ FARIAS, *on behalf of herself and others similarly situated in the proposed FLSA collective action*,

Plaintiff,

-v-

RAINBOW CLEANING SERVICE, LLC, *et al.*,

Defendants.

23 Civ. 3751 (PAE) (BCM)

ORDER OF
DEFAULT JUDGMENT

---

PAUL A. ENGELMAYER, District Judge:

On April 12, 2023, plaintiff Yuri Perez Farias filed the complaint in this case. Dkt. 1. On December 20, 2023, defendants Andrii Gurskyi and Irina Shebshenko were served with process. Dkt. 38. On April 21, 2023, defendant Rainbow Cleaning Service LLC was served with process. Dkt. 9. No defendant responded to the complaint or appeared in this action. Accordingly, Farias obtained a Certificate of Default from the Clerk of the Court as to all three defendants, Dkts. 30 (Rainbow Cleaning Service LLC), 44 (Gurskyi), 45 (Shebshenko), and moved for default judgment as to all defendants, Dkt. 49.

On June 18, 2024, the Court found that the papers in support of Farias's motion were in good order. Dkt. 53. The Court ordered defendants, if they wished to oppose the motion, to enter an appearance and file an opposition to Dunbar's motion for default judgment by July 9, 2024. *Id.* The Court ordered Farias to serve the Court's June 18, 2024 order on defendants by June 25, 2024. *Id.* Farias did so. Dkt. 54. To date, defendants have not entered an appearance or otherwise opposed Farias's motion.

1

The Court has reviewed Farias's motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b), Dkt. 49, and plaintiff's supporting affidavit, Dkt. 51. Because proof of service has been filed; defendants have not answered the complaint and the time for answering the complaint has expired; and defendants failed to appear to contest entry of a default judgment, the Court enters a default judgment for Farias against all three defendants.

The Court, by separate order, will commission an inquest into damages. The Court respectfully directs the Clerk of the Court to terminate the motion pending at Docket 49.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 17, 2024
     New York, New York

2