UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YURI PEREZ FARIAS.,

                            Plaintiff,

          -v-

RAINBOW CLEANING SERVICE, LLC, *et al.*,

                        Defendants.

23 Civ. 3751 (PAE) (BCM)

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 24, 2026, the Court entered an award for plaintiff in the above-captioned action. Dkt. 66 (the "Decision"). The Court furthered ordered plaintiff to serve the Decision on defendants, file proof of service on the docket, and submit a proposed judgment consistent with the Decision within one week of the Decision, that is, by July 31, 2026. *Id*. Plaintiff has since made no filing in the action. It is hereby ORDERED that by **August 14, 2026**, plaintiff advise the Court in writing why plaintiff failed to serve the Decision on defendants, or, if plaintiff believes that defendants have been served, when and in what manner such service was made. It is further ORDERED that by **August 14, 2026**, plaintiff advise the Court in writing why plaintiff failed to file on the docket a proposed judgment consistent with the Decision.

        SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

Dated: August 10, 2026
       New York, New York