**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

Yuri Perez Farias, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

*Plaintiff,*

- *against* -

Rainbow Cleaning Service, LLC, Andrii Gurskyi, and Irina Shebshenko,

*Defendants.*

-----------------------------------------------------------X

Case No.: 23-cv-03751

Hon. Paul A. Engelmayer, U.S.D.J.

**DEFAULT JUDGMENT**

WHEREAS, on July 9, 2026, Magistrate Judge Barbara C. Moses issued a Report and Recommendation [Dckt. No. 65] recommending that Plaintiff Yuri Perez Farias be awarded damages against Defendants Rainbow Cleaning Service, LLC, Andrii Gurskyi, and Irina Shebshenko (collectively, "Defendants"), jointly and severally, in the aggregate amount of $14,467.00, comprising $7,233.50 in unpaid overtime wages and $7,233.50 in liquidated damages, plus prejudgment interest at the statutory rate of 9% per annum running from January 1, 2023 through the date of entry of judgment, together with $14,982.00 in attorneys' fees and $866.60 in litigation costs;

WHEREAS, on July 24, 2026, the Honorable Paul A. Engelmayer, U.S.D.J., issued an Opinion & Order [Dckt. No. 66] accepting and adopting Magistrate Judge Moses's Report and Recommendation in its entirety;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Plaintiff Yuri Perez Farias and against Defendants Rainbow Cleaning Service, LLC, Andrii Gurskyi, and Irina Shebshenko, jointly and severally, comprising:

a. $7,233.50 in unpaid overtime wages;

b. $7,233.50 in liquidated damages;

c. $14,982.00 in attorneys' fees;

d. $866.60 in litigation costs; and

e. prejudgment interest on the unpaid overtime wages award of $7,233.50, at the statutory rate of 9% per annum, running from January 1, 2023 through the date of entry of this Judgment, calculated at a per diem rate of $1.78, totaling $2,352.57 through August 12, 2026, plus $1.78 for each day thereafter through the date of entry of this Judgment;

for a total award of $32,668.17 through August 12, 2026, plus $1.78 per day thereafter through the date of entry of this Judgment;

2. The total amount of this Judgment shall bear interest from the date of entry at the post-judgment statutory rate set forth in 28 U.S.C. § 1961, for which sums let execution issue forthwith;

3. This Court shall retain jurisdiction over this matter for purposes of enforcing the terms of this Judgment; and

4. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there being no just reason for delay, the Clerk of Court is directed to enter this Judgment forthwith.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

Dated: August 14, 2026
New York, New York